Brian S. Kabateck, SBN 152054
(bsk@kbklawyers.com)
Richard L. Kellner, SBN 171416
(rlk@kbklawyers.com)
Evan M. Zucker, SBN 266702
(ez@kbklawyers.com)
**KABATECK BROWN KELLNER LLP**
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

Austin Tighe
**FEAZELL & TIGHE, LLP**
6618 Sitio Del Rio Boulevard
Building C-101
Austin, Texas 78730
Tel: (512) 372-8100
Fax: (512) 372-8140
austin@feazell-tighe.com

Attorneys for Plaintiff, on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD MCKENZIE on behalf of himself and all others similarly situated;<br><br>Plaintiff,<br>vs.<br><br>WELLS FARGO HOME MORTGAGE, INC., a California corporation; WELLS FARGO BANK, N.A., WELLS FARGO & COMPANY, and DOES 1 through 10 inclusive;<br><br>Defendants. | CASE NO.<br><br>**Class Action**<br><br>**CERTIFICATION OF INTERESTED PERSONS** |

1

Certification of Interested Persons

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date,
2  other than the parties, there is no such interest to report.

3

4

5  Dated: October 5, 2011    KABATECK BROWN KELLNER LLP

6

7                            By: _____
8                                Richard L. Kellner
                                  Evan M. Zucker
9
10                           FEAZELL & TIGHE, LLP
                              Austin Tighe
11
                              Attorneys for Plaintiff on behalf of
12                            himself and all others similarly situated

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28