**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD MCKENZIE, | No. C-11-04965 DMR |
| Plaintiff(s), | **ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| WELLS FARGO HOME, | |
| Defendant(s). | |

The court is in receipt of the plaintiff's request to continue the Initial Case Management Conference. The request is granted. The Initial Case Management Conference previously scheduled for January 25, 2012 has been CONTINUED to **February 22, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **February 15, 2012.** All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. [*See* Docket No. 3.] Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: January 18, 2012

_____
DONNA M. RYU
United States Magistrate Judge