Brian S. Kabateck, SBN 152054
(bsk@kbklawyers.com)
Richard L. Kellner, SBN 171416
(rlk@kbklawyers.com)
Evan M. Zucker, SBN 266702
(ez@kbklawyers.com)
**KABATECK BROWN KELLNER LLP**
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

Austin Tighe
**FEAZELL & TIGHE, LLP**
6618 Sitio Del Rio Boulevard
Building C-101
Austin, Texas 78730
Telephone: (512) 372-8100
Facsimile: (512) 372-8140
Austin@feazell-tighe.com

Attorneys for Plaintiff, on behalf of himself
And all other similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD MCKENZIE on behalf of himself and all others similarly situated;<br><br>Plaintiff,<br>vs.<br><br>WELLS FARGO HOME MORTGAGE, INC., a California corporation; WELLS FARGO BANK, N.A., WELLS FARGO & COMPANY, and DOES 1 through 10 inclusive;<br><br>Defendants. | CASE NO. 4:11-CV-04965-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>Assigned to the Hon. Yvonne Gonzales Rogers<br>Original filed: October 7, 2011 |

# **JOINT STIPULATION**

Plaintiff Clifford McKenzie ("Plaintiff") and Defendants Wells Fargo Home Mortgage, (erroneously sued as Wells Fargo Home Mortgage, Inc.,) Wells Fargo Bank, N.A., Wells Fargo & Company, Wells Fargo Insurance, Inc. (together "Defendants") by and through their counsel, hereby stipulate that Plaintiff shall be granted leave to file a second amended complaint no later than April 25, 2012. Defendants' response shall be filed no later than May 25, 2012. The parties further stipulate and request an order continuing the case management conference scheduled for April 23, 2012 to May 7, 2012.

In support of this stipulation, the parties state the following:

1. Plaintiff contends that he has received additional relevant information and intends to amend his first amended complaint, adding additional Plaintiffs and class representatives;

2. Defendants agree to withdraw their motion to dismiss currently set for hearing on May 1, 2012, pending the submission of a second amended complaint superseding Plaintiff's first amended complaint.

3. The parties anticipate that they could more meaningfully participation in the case management conference after filing of the second amended complaint, at which time all currently contemplated parties and claims will be before the Court. In the alternative the parties request an order shortening

1

Joint Stipulation And [~~Proposed~~] Order To Granting Leave For Plaintiff To File A Second Amended Complaint And To Continue The Case Management Conference

time to file a joint case management conference statement in anticipation of the conference scheduled for April 23, 2012.

**IT IS SO STIPULATED**

DATED: April 17, 2012					KABATECK BROWN KELLNER LLP

							By: /s/ Evan M. Zucker
								Richard L. Kellner
								Evan M. Zucker

							FEAZELL & TIGHE, LLP
								Austin Tighe
							Attorneys for Plaintiff on behalf of
							himself and all others similarly situated

DATED: April 17, 2012					SEVERSON & WERSON, P.C.


							By: /s/ Michael J. Steiner
								Michael J. Steiner
							Attorneys for Defendants
							WELLS FARGO HOME MORTGAGE
							erroneously sued as WELLS FARGO
							HOME MORTGAGE, INC.
							WELLS FARGO BANK, N.A.
							WELLS FARGO & COMPANY
							WELLS FARGO INSURANCE, INC.

| | |
|---|---|
| 1 | |
| 2 | **[~~PROPOSED~~] ORDER** |
| 3 | Plaintiff is **GRANTED** leave to file a second amended complaint no later than |
| 4 | April 25, 2012.  Defendants' response to Plaintiffs' second amended complaint |
| 5 | shall be filed no later than May 25, 2012.  The Case Management Conference |
| 6 | scheduled for April 23, 2012 is **CONTINUED** to May 7, 2012. |
| 7 | The Motion to Dismiss, Dk. No. 19, is **DENIED AS MOOT**. |
| 8 | This Order Terminates Docket Numbers 19 & 25. |
| 9 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |
| 10 | Dated: April 17, 2012 |
| 11 | YVONNE GONZALEZ ROGERS<br>UNITED STATES DISTRICT COURT JUDGE |

3

Joint Stipulation And [~~Proposed~~] Order To Granting Leave For Plaintiff To File A Second Amended Complaint And To Continue The Case Management Conference