**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CLIFFORD MCKENZIE** *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>**WELLS FARGO BANK, N.A.** *et al.*,<br><br>　　　　Defendants. | Case No.: 11-CV-04965 YGR<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

　　Pursuant to Local Rule 72-1 and the consent of the parties, this matter is **REFERRED** to Magistrate Judge Joseph C. Spero for all purposes including trial and entry of judgment.

　　The parties will be advised of the date, time and place of the next appearance by notice from Judge Spero.

　　**IT IS SO ORDERED**.

Dated: June 1, 2012

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**

cc: Oakland Intake, MagRef Email, Magistrate Judge Spero