Richard L. Kellner, SBN 171416
(rlk@kbklawyers.com)
Evan M. Zucker, SBN 266702
(ez@kbklawyers.com)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

Attorneys for Plaintiffs, on behalf of themselves
and all others similarly situated

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLIFFORD MCKENIZE, DANIEL BIDDIX, ROBIN BIDDIX, DAVID KIBILOSKI, and VIRGINIA RYAN, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>WELLS FARGO HOME MORTGAGE, INC., a California corporation, WELLS FARGO BANK, N.A., WELLS FARGO & COMPANY, WELLS FARGO INSURANCE, INC., and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | **Case No.: 4:11-CV-04965-JCS**<br><br>**[~~PROPOSED~~] ORDER RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |

[~~Proposed~~] Order

# [~~Proposed~~] ORDER

Upon consideration of the parties joint stipulation, the pleadings filed in this matter, and good cause appearing the briefing schedule in connection with Defendants' motion to dismiss is hereby set as follows:

- Plaintiffs' opposition due: ~~July 9, 2012~~; July 27, 2012
- Defendants' reply due: ~~July 23, 2012~~; and August 10, 2012
- Hearing: August ~~10~~ 31, 2012 at 9:30 a.m. ~~(unchanged)~~.
  The Motion to Transfer Case, set for hearing on July 13, 2012 at 9:30 a.m., is continued to August 31, 2012, at 9:30 AM.

**IT IS SO ORDERED**

DATED: _June 26_, ~~2010~~ 2012



The Honorable
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero*

1
[~~Proposed~~] Order