Brian S. Kabateck, SBN 152054
(bsk@kbklawyers.com)
Richard L. Kellner, SBN 171416
(rlk@kbklawyers.com)
Evan M. Zucker, SBN 266702
(ez@kbklawyers.com)
**KABATECK BROWN KELLNER LLP**
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

*Attorneys for Plaintiffs*
[Additional counsel for Plaintiffs listed on the signature block]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

CLIFFORD MCKENZIE, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

WELLS FARGO BANK, N.A., *et al.*,

Defendants.

CASE NO. 3:11-CV-04965-JCS

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANTS ASSURANT, INC., AMERICAN SECURITY INSURANCE COMPANY, AND QBE FIRST INSURANCE AGENCY INC. ONLY**

**(FRCP 41(a)(1)(A)(i))**

Courtroom: G – 15th Floor
Judge: Hon. Joseph C. Spero

Plaintiffs Clifford McKenzie, Daniel Biddix, Robin Biddix, David Kibilosky and Virginia Ryan, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure hereby dismiss, without prejudice, defendants Assurant, Inc., American Security Insurance Company and QBE First Insurance Agency Inc., ONLY.

Defendants Assurant, Inc., American Security Insurance Company and QBE First Insurance Agency Inc have filed neither an answer to the complaint, nor a motion for summary judgment. A class has not yet been certified in this action. Dismissal under Rule 41(a)(1) is therefore appropriate

Dated: April 4, 2013

KABATECK BROWN KELLNER LLP

By: ______________________
Richard L. Kellner
Evan M. Zucker

BERGER & MONTAGUE, P.C.

Shanon J. Carson; admitted pro hac vice
Patrick F. Madden; admitted pro hac vice
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-4656
Facsimile: (215) 875-4604
Email: scarson@bm.net
pmadden@bm.net

TAUS, CEBULASH & LANDAU, LLP

Brett Cebulash; admitted pro hac vice
Kevin S. Landau; admitted pro hac vice
80 Maiden Lane, Suite 1204
New York, NY 10038
Telephone: (212) 931-0704
Facsimile: (212) 931-0703
Email: bcebulash@tcllaw.com
klandau@tcllaw.com

NICHOLS KASTER

Kai H. Richter; admitted pro hac vice
4600 IDS Center
80 South Eighth St
Minneapolis, MN 55402
Telephone: (612) 256-3278
Facsimile: (612) 215-6870
Email: krichter@nka.com

1

Plaintiffs' Notice Of Voluntary Dismissal, Without Prejudice, Of Defendants Assurant, Inc., American Security Insurance Company, And QBE First Insurance Agency Inc. Only

FEAZELL & TIGHE, LLP,

Austin Tighe; admitted pro hac vice
6618 Sitio Del Rio Boulevard
Building C-101
Austin, Texas 78730
Tel: (512) 372-8100
Fax: (512) 372-8140
austin@feazell-tighe.com

*Attorneys for Plaintiff*

2

Plaintiffs' Notice Of Voluntary Dismissal, Without Prejudice, Of Defendants Assurant, Inc., American Security Insurance Company, And QBE First Insurance Agency Inc. Only