

Kai H. Richter                4600 IDS Center
Direct: (612) 256-3278        80 South Eighth Street
Fax: (612) 338-4878           Minneapolis, MN 55402
krichter@nka.com              (877) 448-0492

May 10, 2013

**VIA CM/ECF**
Hon. Joseph C. Spero
U.S. Magistrate Judge
Courtroom G, 15th Fl
San Francisco Courthouse
450 Golden Gate Ave
San Francisco, CA 94102

      RE:   *Leghorn v. Wells Fargo Bank, N.A., et al.*, Case No. 3:13-cv-00708-JCS
             *McKenzie v. Wells Fargo Bank, N.A., et al.*, Case No. 4:11-cv-04965-JCS
             *Corbin v. Wells Fargo Bank, N.A., et al.*, Case No. 4:13-cv-1353-JCS

Your Honor,

Pursuant to the Court's procedures and Local Rule 16-10, I write to request leave to appear telephonically for the May 17, 2013 Case Management Conference in the above matters.

Please note that my application to appear *pro hac vice* is currently pending in the *Corbin* matter.

I understand that I will need to be on standby at the appointed time and will await the Court's phone call. My direct landline is 612-256-3278.

                                                  Sincerely,

Dated: May 14, 2013                          **NICHOLS KASTER, PLLP**



                                                  /s/Kai H. Richter
                                                  Kai H. Richter
                                                  *Attorney for Plaintiffs*