

| | Kai H. Richter | 4600 IDS Center |
|---|---|---|
| | Direct: (612) 256-3278 | 80 South Eighth Street |
| | Fax: (612) 338-4878 | Minneapolis, MN 55402 |
| | krichter@nka.com | (877) 448-0492 |

May 10, 2013

**VIA CM/ECF**
Hon. Joseph C. Spero
U.S. Magistrate Judge
Courtroom G, 15th Fl
San Francisco Courthouse
450 Golden Gate Ave
San Francisco, CA 94102

      RE: *Leghorn v. Wells Fargo Bank, N.A., et al.*, Case No. 3:13-cv-00708-JCS
            *McKenzie v. Wells Fargo Bank, N.A., et al.*, Case No. 4:11-cv-04965-JCS
            *Corbin v. Wells Fargo Bank, N.A., et al.*, Case No. 4:13-cv-1353-JCS

Your Honor,

Pursuant to the Court's procedures and Local Rule 16-10, I write to request leave to appear telephonically for the May 17, 2013 Case Management Conference in the above matters.

Please note that my application to appear *pro hac vice* is currently pending in the *Corbin* matter.

I understand that I will need to be on standby at the appointed time and will await the Court's phone call. My direct landline is 612-256-3278.

                                        Sincerely,

                                        **NICHOLS KASTER, PLLP**

Dated: May 14, 2013



                                        /s/Kai H. Richter
                                        Kai H. Richter
                                        *Attorney for Plaintiffs*