

**Amanda M. Raines**
**Counsel**
1250 24th Street NW, Suite 700
Washington, DC 20037
t 202.349.8089
araines@buckleysandler.com

May 10, 2013

Magistrate Judge Joseph C. Spero
San Francisco Courthouse
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    Request for Telephonic Appearance
             *Leghorn v. Wells Fargo Bank, N.A.* (N.D. Cal. No. 3:13-cv-00708-JCS)

Dear Magistrate Judge Spero:

      The undersigned counsel for Defendants, QBE Insurance Corporation and QBE FIRST Insurance Agency, Inc., respectfully requests permission from the Court to appear telephonically at the Case Management Conference scheduled in the above-referenced action on May 17, 2013, commencing at 1:30 p.m. (Pacific Daylight Time). If permitted to appear telephonically, the undersigned counsel may be reached at the following direct land line phone number: (202) 349-8089.

Dated: 5/14/13



UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Joseph C. Spero
NORTHERN DISTRICT OF CALIFORNIA

Sincerely,

/s/ Amanda M. Raines
Amanda M. Raines
Admitted *Pro Hac Vice*