1  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
2  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
3  PHILIP BARILOVITS (State Bar No. 199944)
   pb@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
7
   Attorneys for Defendants
8  WELLS FARGO & COMPANY, WELLS
   FARGO INSURANCE, INC., AND WELLS
9  FARGO BANK, N.A. (including its Division
   Wells Fargo Home Mortgage, incorrectly sued as
10 Wells Fargo Home Mortgage, Inc.)

11              UNITED STATES DISTRICT COURT

12      NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

13

14 | CLIFFORD McKENZIE, DANIEL BIDDIX, | Case No. 3:11-cv-04965-JCS
   | ROBIN BIDDIX, DAVID KIBILOSKI, and |
15 | VIRGINIA RYAN, on behalf of themselves | [PROPOSED] ORDER ON PLAINTIFFS'
   | and all others similarly situated, | ADMINISTRATIVE MOTION FOR
16 | | SEALING ORDER
   | Plaintiffs, |
17 | | [Filed concurrently with Declaration of David
   | | Franske in Support of Plaintiffs'
18 | vs. | Administrative Motion for Sealing Order]
   | |
19 | WELLS FARGO HOME MORTGAGE, INC., | Date:     September 13, 2013
   | a California corporation, WELLS FARGO | Time:     9:30 a.m.
20 | BANK, N.A., WELLS FARGO & | Crtrm.:   G, 15th Floor
   | COMPANY, WELLS FARGO INSURANCE, | Judge:    Hon. Joseph C. Spero
21 | INC., and DOES 1 through 10, inclusive, |
   | |
22 | Defendants. |

23

24

25

26

27

28

07725.0142/2759707.1                                    3:11-cv-04965-JCS
        ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION FOR SEALING ORDER

1    Pursuant to Civil L.R. 79-5(d), Defendants Wells Fargo Home Mortgage, Inc., Wells Fargo

2   Bank, N.A., Wells Fargo & Company, and Wells Fargo Insurance, Inc. (collectively, "Wells

3   Fargo"), have submitted a declaration establishing that portions of Plaintiffs' Notice of Motion

4   and Motion for Class Certification and Memorandum of Points and Authorities and the

5   accompanying exhibits are confidential, as set forth in more detail below.

6    The Declaration of David Franske filed June 14, 2013, establishes that the information and

7   documents sought to be sealed reflect confidential information appropriately designated as

8   protected pursuant to Court's Order (Dkt. No. 95) approving the parties' Stipulated Protective

9   Order (Dkt. No. 94) and/or the Court's Discovery Order (Dkt. No. 121).

10    Good cause appearing, the Court GRANTS Plaintiffs' Administrative Motion for Sealing

11   Order (Dkt. No. 138) in part.

12    The Court ORDERS that the following be filed under seal:

| DOCUMENT | PORTIONS ACCEPTED UNDER SEAL |
|---|---|
| Exhibit 1 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification, the May 1, 2012 Deposition of Dave Franske | Pages 115, 199, 248-50, 260, 269, 270, 271:1-7, 271:14-25, 272-75, 279-80<br><br>Pages 104<br><br>Pages 124-125, 201-02, 204-07, 289-90, 292-94, 321-22, 324<br><br>Pages 266, 437<br><br>Pages 225, 228-33, 236-38, 243-44, 255, 257-59<br><br>Page 366<br><br>Pages 405-07, 409-10 |
| Exhibit 2 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification, the May 1, 2012 Deposition of Mike Northagen | Pages 77-79<br><br>Pages 88:7-25, 90, 115<br><br>Pages 85-87:18 |
| Exhibit 3 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification, the June 7, 2012 Deposition of Mary Coffin | Page 19 |

| | |
|---|---|
| Exhibit 4 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification, the May 30, 2012 Deposition of Ryan Haselby | Pages 25-26, 44, 78-79 |
| Exhibit 5 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification, the June 20, 2012 Deposition of Beverly Reynolds | Page 36 |
| Exhibit 6 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification, the June 8, 2012 Deposition of Bill Tucker | Pages 44-45, 48-49 |
| Exhibit 7 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification, the June 15, 2012 Deposition of Tamara Golden | Pages 64, 79-84 |
| Exhibit 8 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification, the June 21, 2012 Deposition of Ronald Mark Chapman | Pages 93-95 |
| Exhibit 9 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification, the June 22, 2012 Deposition of Ronald Wilson | Pages 220-222 |
| Exhibit 10 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification, the May 14, 2013 Deposition of Dave Franske | Pages 653-54, 663-64 |
| Exhibit 11 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification, the May 16, 2013 Deposition of Mike Northagen | Pages 178-202 |
| Exhibit 12 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 12 in its entirety |
| Exhibit 13 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 13 in its entirety |
| Exhibit 14 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 14 in its entirety |

[PROPOSED] ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION FOR SEALING ORDER

| | |
|---|---|
| Exhibit 15 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 15 in its entirety |
| Exhibit 16 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 16 in its entirety |
| Exhibit 17 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 17 in its entirety |
| Exhibit 18 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 18 in its entirety |
| Exhibit 19 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 19 in its entirety |
| Exhibit 20 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 20 in its entirety |
| Exhibit 21 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 21 in its entirety |
| Exhibit 22 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 22 in its entirety |
| Exhibit 23 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 23 in its entirety |
| Exhibit 24 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 24 in its entirety |
| Exhibit 25 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 25 in its entirety |
| Exhibit 26 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 26 in its entirety |
| Exhibit 27 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 27 in its entirety |

| | |
|---|---|
| Exhibit 28 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 28 in its entirety |
| Exhibit 29 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 29 in its entirety |
| Exhibit 30 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 30 in its entirety |
| Exhibit 31 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 31 in its entirety |
| Exhibit 32 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 32 in its entirety |
| Exhibit 33 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 33 in its entirety |
| Exhibit 34 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 34 in its entirety |
| Exhibit 35 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 35 in its entirety |
| Exhibit 36 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 36 in its entirety |
| Exhibit 37 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 37 in its entirety |
| Exhibit 38 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 38 in its entirety |
| Exhibit 39 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 39 in its entirety |
| Exhibit 40 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 40 in its entirety |

| | |
|---|---|
| Exhibit 41 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 41 in its entirety |
| Exhibit 42 to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification | Exhibit 42 in its entirety |
| Plaintiffs' Notice of Motion and Motion for Class Certification, and Memorandum of Points and Authorities | Page iii, Lines 7 and 12<br><br>Page 2, Lines 3-9<br><br>Page 3, Lines 1-6 and 9-20<br><br>Page 4, Lines 3-6, 10-14, 16-21, and 26-28<br><br>Page 5, Lines 1, 3-5, 6, 11-16, 18-25, and 27-28<br><br>Page 6, Lines 1-20, 25-26, and 27-28<br><br>Page 7, Lines 1-18 and 25-28<br><br>Page 8, Lines 1-15 and 21-25<br><br>Page 10, Lines 8-15 and 16-24<br><br>Page 11, Lines 1-8 and 12-13<br><br>Page 12, Lines 5-7<br><br>Page 24, Lines 24-28 |
| Declaration of Arthur Olsen in Support of Plaintiffs' Motion for Class Certification | Page 3, Lines 18-21<br><br>Exhibit 4 in its entirety<br><br>Exhibit 5 in its entirety |

IT IS SO ORDERED.

DATED: _____06/18_____, 2013



_____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION FOR SEALING ORDER