PETER S. HECKER (Bar No. 66159)
phecker@sheppardmullin.com
DAVID E. SNYDER (Bar No. 262001)
dsnyder@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
Four Embarcadero Center, Seventeenth Floor
San Francisco, CA 94111-4109
Telephone:     415.434.9100
Facsimile:     415.434.3947

Attorneys for Interested Parties
American Security Insurance Company,
Standard Guaranty Insurance Company and
Voyager Indemnity Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLIFFORD McKENZIE, *et al.*, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendants. | Case No. 3:11-cv-04965-JCS<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL (DKT. # 138)**<br><br>**[Civil L.R. 79-5 (d)]** |

Plaintiffs' Administrative Motion For Sealing Order (Dkt. #138) having been filed and the designated documents lodged with the Clerk, and interested parties American Security Insurance Company, Standard Guaranty Insurance Company, and Voyager Indemnity Insurance Company (collectively "ASIC") having filed a declaration in support of the motion pursuant to L.R. 79-5(d), the matter having been submitted, and good cause having been shown pursuant to Civil L.R. 79-5 and *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), the Court finds that the declaration filed by ASIC establishes that the material designated "confidential" is entitled to protection under the law because it is confidential and proprietary and ASIC uses reasonable efforts to maintain the secrecy of this type of information, and further its disclosure would: (1) assist ASIC's competitors by allowing them to unfairly compete; (2) harm ASIC because competitors would become aware of ASIC's confidential business information; and (3) destroy ASIC's competitive business advantage by permitting competitors to modify their own policies and procedures based on confidential information, and thus,

IT IS ORDERED that plaintiffs' motion to seal is GRANTED as follows:

The Court hereby orders that the following materials attached to the Declaration of Kai Richter in Support of Plaintiffs' Motion for Class Certification (Dkt. # 143) shall remain filed under seal, for the above reasons, and each and every one of the reasons set forth in the Declaration of Ronald Wilson:

**Exhibit 9** (Excerpt from the Deposition of Ronald Wilson, pp. 220-222).

**Exhibits 13, 24, 25, 26, 27, 28, and 29** (ASIC/Wells Fargo Agreements).

The Court further orders that the following pages/lines in Plaintiffs' Memorandum in Support of Motion for Class Certification (Dkt. # 139) shall remain redacted, for the above reasons, and each and every one of the reasons set forth in the Declaration of Ronald Wilson:

**Pages/Lines 3:10-13; 3:15-24; 4:26-28; 7:16-18; and 11:1-5** of Plaintiffs' Memorandum in Support of Motion for Class Certification.

1  DATED: 06/20/13

_____
Magistrate Judge Joseph C. Spero
United States District Court