

**Kai H. Richter**　　　　4600 IDS Center
Direct: (612) 256-3278　　80 South Eighth Street
Fax: (612) 338-4878　　　Minneapolis, MN 55402
krichter@nka.com　　　　(877) 448-0492

June 26, 2013

**VIA CM/ECF**
Hon. Joseph C. Spero
U.S. Magistrate Judge
Courtroom G, 15th Fl
San Francisco Courthouse
450 Golden Gate Ave
San Francisco, CA 94102

RE: *Leghorn v. Wells Fargo Bank, N.A., et al.*, Case No. 3:13-cv-00708-JCS
*McKenzie v. Wells Fargo Bank, N.A., et al.*, Case No. 3:11-cv-04965-JCS
*Corbin v. Wells Fargo Bank, N.A., et al.*, Case No. 3:13-cv-01353-JCS

Your Honor,

Pursuant to the Court's procedures and Local Rule 16-10, I write to request leave to appear telephonically for the July 8, 2013 Case Management Conference in the above matters.

I understand that I will need to be on standby at the appointed time and will await the Court's phone call. My direct landline is 612-256-3278.

　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

Dated: 6/27/13　　　　　　　　　　　　　　　　　**NICHOLS KASTER, PLLP**



　　　　　　　　　　　　　　　　　　　　　　　　　/s/Kai H. Richter
　　　　　　　　　　　　　　　　　　　　　　　　　Kai H. Richter
　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*