1622 LOCUST STREET   |   PHILADELPHIA, PA 19103-6305   |   PHONE: 215/875-3000   |   FAX: 215/875-4604   |   WWW.BERGERMONTAGUE.COM



**Berger&Montague, P.C.**
ATTORNEYS AT LAW

Shanon J. Carson

| | |
|---|---|
| WRITER'S DIRECT DIAL | 215/875-4656 |
| WRITER'S DIRECT FAX | 215/875-4064 |
| WRITER'S DIRECT E-MAIL | scarson@bm.net |

June 26, 2013

The Honorable Joseph C. Spero
United States District Court
450 Golden Gate Avenue
Courtroom G—15th Floor
San Francisco, CA 94102

    Re:    *Leghorn v. Wells Fargo Bank, N.A., et al.*, Case No. 3:13-cv-00708-JCS
            *McKenzie v. Wells Fargo Bank, N.A., et al.*, Case No. 3:11-cv-04965-JCS
            *Corbin v. Wells Fargo Bank, N.A., et al.*, Case No. 3:13-cv-01353-JCS

Dear Judge Spero:

    Pursuant to the Court's procedures and Local Rule 16-10, I write to request leave to appear telephonically for the July 8, 2013 Case Management Conference. My direct telephone number is 215-875-4656. I will be on standby and will await the Court's call.

    Thank you for your consideration of this request.

Sincerely,

Dated: 6/27/13



/s/ *Shanon J. Carson*
Shanon J. Carson
BERGER & MONTAGUE, P.C.