

July 2, 2013

The Honorable Joseph C. Spero
United States District Court
450 Golden Gate Avenue
Courtroom D – 15th Floor
San Francisco, CA 94102

RE: *Clifford McKenzie v. Wells Fargo Home Mortgage*
Case No. 3:11-cv-04965-JCS

Dear Judge Spero:

Plaintiffs Clifford McKenzie, Daniel and Robin Biddix, David Kibiloski and Virginia Ryan respectfully request that their counsel, Richard L. Kellner, be allowed to appear by telephone at the Case Management Conference (CMC) set for July 8, 2013, at 11:00 a.m. Mr. Kellner's direct telephone number is 213-217-5025. Mr. Kellner will be on standby and will await the court's call.

Thank you for your consideration of this request.

/s/ Richard L. Kellner

Richard L. Kellner
KABATECK BROWN KELLNER

Dated: 7/3/13



IT IS SO ORDERED
Judge Joseph C. Spero