

| | |
|---|---|
| **Kai H. Richter** | 4600 IDS Center |
| Direct: (612) 256-3278 | 80 South Eighth Street |
| Fax: (612) 338-4878 | Minneapolis, MN 55402 |
| krichter@nka.com | (877) 448-0492 |

April 4, 2014

<u>VIA CM/ECF</u>
Hon. Joseph C. Spero
U.S. Magistrate Judge
Courtroom G, 15th Fl
San Francisco Courthouse
450 Golden Gate Ave
San Francisco, CA 94102

RE: *Leghorn v. Wells Fargo Bank, N.A., et al.*, Case No. 3:13-cv-00708-JCS
*McKenzie v. Wells Fargo Bank, N.A., et al.*, Case No. 3:11-cv-04965-JCS
*Corbin v. Wells Fargo Bank, N.A., et al.*, Case No. 3:13-cv-01353-JCS

Your Honor,

Pursuant to the Court's procedures and Local Rule 16-10, I write to request leave to appear telephonically for the April 11, 2014 Case Management Conference in the above matters.

I understand that I will need to be on standby at the appointed time and will await the Court's phone call. My direct landline is 612-256-3278.

Thank you for your consideration of this request.

Sincerely,

IT IS HEREBY ORDERED THAT Mr. Richter shall be on phone standby and await the Court's call.
Dated: 4/8/14

**NICHOLS KASTER, PLLP**

/s/Kai H. Richter
Kai H. Richter
*Attorney for Plaintiffs*