UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD MCKENZIE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants. | Case No. 11-cv-04965-JCS<br><br>**ORDER EXTENDING STAY AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 236 |

On April 4, 2014, the parties in *McKenzie v. Wells Fargo Bank, N.A.*, 11-cv-4965-JCS; *Leghorn v. Wells Fargo Bank, N.A.*, 13-cv-0708-JCS; and *Corbin v. Wells Fargo Bank, N.A.*, 13-cv-1353-JCS, submitted Case Management Conference ("CMC") Statements pursuant to the Court's orders on February 11, 2014 and February 25, 2014. Having reviewed these statements, the Court orders the following:

In *McKenzie* and *Leghorn*, the stays are extended until **October 2, 2014**, which is fourteen days after the date of the final approval hearing for the settlement in *Fladell v. Wells Fargo Bank, N.A.*, 13-cv-60721-FAM (S.D. Fla.). However, any party may move to vacate the stays at any time, including on the basis that any plaintiffs have opted out of the *Fladell* settlement. The CMCs currently scheduled for April 11, 2014 are continued to **October 3, 2014 at 2:00 p.m.**, in Courtroom G, 450 Golden Gate Avenue, 15th Floor, San Francisco, California. The parties shall submit updated CMC Statements one week in advance of the CMCs.

///

///

///

///

1  In *Corbin*, the stay is extended until **June 3, 2014**, which is sixty days after the filing of the
2  parties' latest CMC Statements. The CMC currently scheduled for April 11, 2014 is continued to
3  **June 6, 2014 at 2:00 p.m.**, in Courtroom G, 450 Golden Gate Avenue, 15th Floor, San
4  Francisco, California. The parties shall submit an updated CMC Statement one week in advance of
5  the CMC.

6  **IT IS SO ORDERED.**

7  Dated: April 9, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge