

|  |  |
|---|---|
| **Kai H. Richter** | 4600 IDS Center |
| Direct: (612) 256-3278 | 80 South Eighth Street |
| Fax: (612) 338-4878 | Minneapolis, MN 55402 |
| krichter@nka.com | (877) 448-0492 |

October 31, 2014

**VIA CM/ECF**
Hon. Joseph C. Spero
U.S. Magistrate Judge
Courtroom G, 15th Fl
San Francisco Courthouse
450 Golden Gate Ave
San Francisco, CA 94102

      RE:    *Leghorn v. Wells Fargo Bank, N.A., et al.*, **Case No. 3:13-cv-00708-JCS**
              *McKenzie v. Wells Fargo Bank, N.A., et al.*, **Case No. 3:11-cv-04965-JCS**

Your Honor,

Pursuant to the Court's procedures and Local Rule 16-10, I write to request leave to appear telephonically for the November 7, 2014 Case Management Conference in the above matters.

I understand that I will need to be on standby at the appointed time and will await the Court's phone call. My direct landline is 612-256-3278.

                                                                             Sincerely,

                                                                           **NICHOLS KASTER, PLLP**

Dated: 11/3/14



                                                                           /s/Kai H. Richter
                                                                           Kai H. Richter
                                                                           *Attorney for Plaintiffs*