

**Amanda M. Raines**
**Partner**
1250 24th Street NW, Suite 700
Washington, DC 20037
t 202.349.8089
araines@buckleysandler.com

October 31, 2014

<u>**VIA CM/ECF**</u>

Magistrate Judge Joseph C. Spero
San Francisco Courthouse
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

> Re: Request for Telephonic Appearance
> *Leghorn v. Wells Fargo Bank, N.A.*, Case No. 3:13-cv-00708-JCS

Dear Magistrate Judge Spero:

The undersigned counsel for Defendants QBE Insurance Corporation and QBE FIRST Insurance Agency, Inc. respectfully requests permission from the Court to appear telephonically at the Case Management Conference scheduled in the above-referenced action on November 7, 2014, commencing at 2:00 p.m. (Pacific Time).  If permitted to appear telephonically, the undersigned counsel may be reached at the following direct land line phone number:  (202) 349-8089.

Dated: 11/3/14



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sincerely,

**BUCKLEYSANDLER LLP**

/s/ Amanda M. Raines
Amanda M. Raines
Admitted *Pro Hac Vice*