

**Kai H. Richter**  4600 IDS Center
Direct: (612) 256-3278  80 South Eighth Street
Fax: (612) 338-4878  Minneapolis, MN 55402
krichter@nka.com  (877) 448-0492

November 26, 2014

**VIA CM/ECF**
Hon. Joseph C. Spero
U.S. Magistrate Judge
Courtroom G, 15th Fl
San Francisco Courthouse
450 Golden Gate Ave
San Francisco, CA 94102

      RE:   *Leghorn v. Wells Fargo Bank, N.A., et al.*, Case No. 3:13-cv-00708-JCS
              *McKenzie v. Wells Fargo Bank, N.A., et al.*, Case No. 3:11-cv-04965-JCS

Your Honor,

Pursuant to the Court's procedures and Local Rule 16-10, I write to request leave to appear telephonically for the December 5, 2014 Case Management Conference in the above matters.

I understand that I will need to be on standby at the appointed time and will await the Court's phone call. My direct landline is 612-256-3278.

Dated: 12/1/14



Sincerely,

**NICHOLS KASTER, PLLP**

/s/Kai H. Richter
Kai H. Richter
*Attorney for Plaintiffs*