MICHAEL J. STEINER (State Bar No. 112079)
mjs@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
PHILIP BARILOVITS (State Bar No. 199944)
pb@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
WELLS FARGO INSURANCE, INC., AND
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| CLIFFORD MCKENZIE, JANET MCKENZIE, DANIEL BIDDIX, RICHARD PEREZ, GILDA PEREZ, and ROBERT MCWHORTER on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO INSURANCE, INC.,<br><br>                    Defendants. | Case No. 3:11-cv-04965-JCS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL; [PROPOSED] ORDER**<br><br>Assigned for all Purposes to<br>Magistrate Judge Joseph C. Spero |

   Plaintiffs Clifford McKenzie, Janet McKenzie, Daniel Biddix, Richard Perez, Gilda Perez, and Robert McWhorter (together "Plaintiffs"), and Wells Fargo Bank, N.A. and Wells Fargo Insurance, Inc. (together "Defendants"), through their attorneys of record, hereby agree and stipulate as follows:

   A.   Whereas Plaintiffs filed their Fourth Amended Class Action Complaint on January 7, 2014 (the "Complaint");

B.       Whereas, in the Complaint, Plaintiffs make certain allegations against Defendants relating to Defendants' residential flood insurance requirements and practices which allegations Plaintiffs purported to assert both individually and on behalf of various classes of plaintiffs;

C.       Whereas, Defendants denied that their actions were wrongful in any respect with regard to Plaintiffs and any putative class;

D.       Whereas, court approval of a settlement, voluntary dismissal or compromise under Federal Rule of Civil Procedure 23(e) is required only for "certified class" actions and the Advisory Committee Notes for Rule 23(e) state that court approval is required only if "the claims, issues, or defenses of a certified class are resolved by a settlement, voluntary dismissal, or compromise," rejecting the view that court approval is required for settlements "with putative class representatives that resolved[] only individual claims." See Rule 23 Advisory Committee Notes, 2003 Amendments;

E.       Whereas, the court has never certified any class in this case under Federal Rule of Civil Procedure 23;

F.       Whereas, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation of dismissal signed by all parties who have appeared;

G.       Whereas, the parties have reached a settlement of Plaintiffs' individual claims against Defendants in which the Plaintiffs' individual claims will be dismissed with prejudice and the claims of members of any putative class will be dismissed without prejudice;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE THAT:

All of the individual claims and allegations brought by Clifford McKenzie, Janet McKenzie, Daniel Biddix, Richard Perez, Gilda Perez, and Robert McWhorter against Wells Fargo Bank, N.A. and Wells Fargo Insurance, or any of them, are hereby dismissed with prejudice. All claims and allegations of any putative class members are hereby dismissed without prejudice.

DATED: March 23, 2015

SEVERSON & WERSON
A Professional Corporation

By: */s/ Michael J. Steiner*
       Michael J. Steiner

Attorney for Defendants
WELLS FARGO BANK, N.A. and WELLS FARGO INSURANCE, INC.

DATED: March 23, 2015

NICHOLS KASTER, PLLP

By: */s/ Kai Richter*
       Kai Richter

Attorney for Plaintiffs
CLIFFORD MCKENZIE, JANET MCKENZIE, DANIEL BIDDIX, RICHARD PEREZ, GILDA PEREZ, and ROBERT MCWHORTER

**[PROPOSED] ORDER**

Pursuant to Rule 23(e) and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and pursuant to the stipulation of the parties, Clifford McKenzie, Janet McKenzie, Daniel Biddix, Richard Perez, Gilda Perez, and Robert McWhorter's individual claims are hereby dismissed with prejudice and the claims of the putative class members are hereby dismissed without prejudice.

IT IS SO ORDERED.

DATED: March 24, 2015

_____
Magistrate Judge Joseph C. Spero
UNTIED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFONRIA

**ATTESTATION UNDER CIVIL L.R. 5-1(i)(3)**

I, Michael J. Steiner, am the ECF User whose ID and password are being used to file this stipulation of voluntary dismissal and proposed order.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Rai Richter has concurred in this filing.

*/s/ Michael J. Steiner*
Michael J. Steiner